No. 79–1054.   Poe *v.* King, U. S. District Judge.   C. A. 9th Cir.   Certiorari denied.

No. 79–1066.   Fuselier *v.* United States.   C. A. 5th Cir. Certiorari denied.

No. 79–1081.   Dressel *v.* United States.   C. A. 10th Cir. Certiorari denied.

No. 79–1083.   Pride *v.* United States.   C. A. 4th Cir. Certiorari denied.

No. 79–1086.   Foshee et al. *v.* United States.   C. A. 5th Cir.   Certiorari denied.

No. 79–1089.   Smith *v.* United States.   C. A. 5th Cir. Certiorari denied.

No. 79–1095.   Jizmejian *v.* Department of Air Force. C. A. 4th Cir.   Certiorari denied.

No. 79–1113.   Scott *v.* Maryland.   Ct. Sp. App. Md. Certiorari denied.

No. 79–1114.   Cary *v.* United States.   C. A. 3d Cir.   Certiorari denied.

No. 79–1118.   Gleason *v.* United States; and
No. 79–1125.   Luftig *v.* United States.   C. A. 2d Cir. Certiorari denied.   Reported below: 616 F. 2d 2.

No. 79–1131.   Awerkamp *v.* United States.   C. A. 7th Cir.   Certiorari denied.

No. 79–5440.   Foley *v.* United States.   C. A. 9th Cir. Certiorari denied.

No. 79–5483.   Sosa *v.* Texas.   Ct. Crim. App. Tex.   Certiorari denied.